| | | |
|---|---|---|
| JAMES EVANS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JC Licht, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:26-cv-1034<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: June 1, 2026

**/s/ Alison Chan**
By: Alison Chan, Esq.
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N
Brooklyn NY 11234
O: (929) 442-2154
Email: achan@ealg.law
Attorneys for Plaintiff

**/s/ Jessica Berman Jackler**
By: Jessica Berman Jackler
Downey & Lenkov LLC
30 North Lasalle Street Suite 3600
Chicago, IL 60602
T: 312-377-1501
Email: Jjackler@dl-firm.com
Attorneys for Defendant